File Hashes for IP Address 96.255.80.154

**ISP:** Verizon Online, LLC
**Physical Location:** Woodbridge, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/31/2014 14:25:44 | CB7FE3E87A23E0CF682670DA4502B0400D961B92 | Enjoy the Ride |
| 10/03/2014 19:13:24 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 08/21/2014 03:00:19 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 06/22/2014 17:11:42 | C7DA6619BE7850E29FC0DF0B5D3438172AB04A32 | A Hot Number |
| 06/08/2014 21:56:43 | 66240EA4FE9970A3BE7B99E9A97EE10D833DF60F | Hot Orgasm |
| 05/09/2014 01:47:06 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 04/26/2014 13:45:39 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 04/16/2014 10:39:17 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 04/15/2014 15:39:22 | 2E6BD2E759CDE5E91A90C90442EA66B0CFE65E7F | California Dreams |
| 03/30/2014 22:55:52 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 03/12/2014 00:31:41 | 87B2FCBF0D0D56F9139CA2CC2B25C636A997A51B | Getting Ready For You |
| 02/27/2014 23:58:36 | B22786FCA330004AE8F842749C225EE68D44C1F3 | A Girls Fantasy |
| 01/03/2014 12:13:47 | 67990AEA82401657E2CA115ADB58396DD89D6F6C | Hot Chocolate |
| 12/31/2013 20:04:08 | 4C942F502D806862ADB69D416BD7CE748A74E9E0 | Bad Girls |
| 12/31/2013 07:00:12 | 5BCE8A33864C3C7FDE40DCEDE4B7C50A3E2F356E | Play Me |

**Total Statutory Claims Against Defendant: 15**

EVA230

EXHIBIT A