Copyrights-In-Suit for IP Address 96.255.80.154

ISP: Verizon Online, LLC
Location: Woodbridge, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/31/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 10/03/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/21/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 06/22/2014 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 06/08/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 05/09/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/26/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 04/16/2014 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 04/15/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/30/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 03/12/2014 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 02/27/2014 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 01/03/2014 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 12/31/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 12/31/2013 |

Total Malibu Media, LLC Copyrights Infringed: 15

EVA230

EXHIBIT B